

**South Shore Health Care**
**OccMedica®**
Your one source for all Occupational Health Services

759 Granite St
Braintree, MA 02184

Phone 781.848.1950
Fax 781.356.4887
sshc@beld.net

Robert S. Baratz, MD PhD DDS
Medical Director
Dianne M. Feeney, ANP-BC MSN
Susan Godfrey, MSN ANP-BC
Jennifer D. Britton-Colonnese, MSN FNP-BC
Inna Falk, MSPT

Primary Care, Urgent Care, Occupational Health & Physical Therapy

September 10, 2012

Honorable Judge or Judge Magistrate
United States District Court of Massachusetts
United States Court House
Fan Pier
Boston, MA

Re: Non-party subpoenas in Illinois United States District Court Case 10-CV-3795, Doctor's Data, Inc. v. Stephen J. Barrett, M.D. et al

Request to Quash Subpoenas under Federal Rule of Civil Procedure 45 ( c), (d), and (e)

Dear Honorable Judge or Judge Magistrate:

I am a physician practicing in Braintree, Massachusetts and a faculty member of both Boston University School of Medicine and Tufts University School of Medicine. I am appearing here today while medical students await my presence for clinical teaching in my office, and a full schedule of patients awaits me as well.

During the week of August 22, 2012 my wife answered a door bell to our home in Newton, Massachusetts. A man who did not identify himself asked for me in mid-morning. I was at work and was not home. He did not state the purpose of his business. He asked to "leave some papers" with my wife, who was alone. She declined the papers. A signed copy of her Affidavit is attached.

Later that week I found an envelope with only my name taped in an inconspicuous place to the mud-room door of our home, inside the storm door, but not visible from the inside of the house. This envelope contained two subpoenas in the above referenced case.

The demanded an almost immediate disclosure of thousands of pages of documents, and for me to be available for a deposition with little advance notice. I am a non-party to the above referenced case and know little about the specifics. Inasmuch as I work regularly for the US Department of Justice, F.D.A. Office of Criminal Investigation, multiple states' attorneys general, multiple state medical boards in professional discipline cases, I am moderately familiar with legal process, but admittedly am not an attorney, just a doctor of medicine, dentistry and philosophy.

After considering the subpoenas and reviewing the attached Federal Rule of Civil Procedure 45 ( c), (d), and (e) it was clear to me that these requests could not be met for a variety of reasons. I articulated these in a letter to the attorney of record in the case and sent a certified letter (return receipt requestd) to him, a Mr. Levens in Chicago on August 28, 2012., The letter was received on August 31, 2012. Please see the letter for an elaboration of my explanation as to why I did not feel the subpoena was served properly, and, even if it were, that it would violate the letter if not the spirit of the aforementioned sections of FRCP 45.

In particular these subpoenas would, if enforced, require disclosing confidential active legal matters, could be used for making me an unretained expert in a case where I am not an expert or party, and require me to incur considerable expense and hardship, all prohibited by FRCP 45 c, d, and e. Moreover the subpoenas will not compensate me for considerable time to meet their requests.

In my letter to Mr. Levens I articulated all of these points and made it clear that I would try to cooperate with him in a timely and reasonable fashion. His request was neither timely nor reasonable.

Honorable Judge or Judge Magistrate Page 2.

heard nothing further until last Friday, September 7, 2012, when I was about to leave the office at 6:30 pm. The office was especially busy on this day and we saw in excess of fifty patients. Our office serves 9000 patients in primary care, urgent care and occupational health.

The office staff were sorting out late lab results which come to the office by fax and noted a fax from a Mr. Kozacky of Chicago, who is not in the firm of Mr. Levens. This fax was sent just before 5pm Eastern Time (time stamp on the fax was 15:49 hours Chicago time. This apparently came just as the office was closing.

The fax had a two page letter stating that Mr. Kozacky acknowledges that he also received my letter to Mr. Levens, (I had sent a first-class courtesy copy to him since he was listed in the subpoena, even though I don't know his role in this case).

Mr. Kozacky's letter, which speaks for itself, claims that I was properly served and presents a story that is clearly not accurate about alleged attempts to serve me. I am very easy to find in my office and Mr. Kozacky clearly knows the address since he used it in his faxed letter to me.

Mr. Kozacky claims that a Constable Wheaton made "three attempts at my home to get me to answer [my door]" but does not state when these were. It also claims my wife "slammed the door" in the Constable's face. A signed letter from my wife attests to what actually occurred. Moreover, Mr. Kozacky's letter is clearly false as he claims that the "good constable's affidavit of service, including the fact that his badge prominently was displayed **on each of these four service** attempts". (emphasis added). Since this gentleman apparently only encountered a human being once at my home it would be impossible to know if he was wearing a badge on "each of these four service attempts". As noted in my wife's letter he wasn't wearing it on his one service attempt, nor did he state his name or business.

As you can deduce I am a busy physician and am rarely, if ever, home during weekdays. I leave quite early, often by 7am, to go to hospital and other meetings—I serve on various quality committees—and return home quite late on most days, circa 9pm.

This recent fax, demanding my compliance with subpoenas which were not properly served, and demanding that I comply by today are clearly improper and inappropriate.

I have done my best to answer Mr. Levens and to cooperate with him in a reasonable fashion. However, it is quite clear that his office, which has been harassing me in a number of cases for nearly a decade is now continuing this harassment via Mr. Kozacky.

I ask this court to quash these improper subpoenas.

I further ask this court to compensate me for my time and effort in replying to these subpoenas, and for being here today at considerable cost to my office and considerable inconvenience to my patients, and students.

I ask this court to consider any other relief which is proper and just to stop this harassment of me.

Sincerely,

*Signed under pains and penalties of perjury*

Robert S. Baratz, MD, PhD, DDS
South Shore Health Care, Inc.
Boston University School of Medicine
Tufts University School of Medicine